**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 09 2024

TAMMY H. DOWNS, CLERK

By: _____
DEP CLERK

# In the United States District Court

Western District Of Arkansas

_Western_ Division

Michael "Iamsui" Titus

Case No. 4:24CV317-BRW

*(In the space above enter your full name and Prison ID Number, if any.  Do not include your Social Security Number).*

Case assigned to District Judge  Wilson
and Magistrate Judge Harris

wuda21215604@gma.lwm juda 738@gmail.com
390 Hazelwood terrace —against—

Vladimir Putin = Russian head leader All #168523 Loadmoney Akoo Brand for not realizing and generating the whole southern quarter, including the marathona, Helena West Helene Pegron in the making of one's brand, Tesla and Beauty and the Beast and Back II the future III Nike air Mag.

*(In the space above enter the full name of each Defendant)*

Case
No. _24-6044_
(To be filled out by Clerk's Office only)

# COMPLAINT

*(Pro Se Prisoner)*

Jury Demand?
☒ Yes
☐ No

---

## NOTICE

Do not attach exhibits, affidavits, grievances, witness statements, or any other materials to your Complaint.  Any materials other than the Complaint will be returned to you unfiled by the Clerk's Office.

---

## I.    PLAINTIFF INFORMATION

Michael ~~████~~ Titus,              "Iam Sui"

Name (First, Middle, Last)                    Aliases

168523 B.

Prisoner ID #, if any

OMEGA Center ACC

Place of Detention or Incarceration

4711 westchstr DrJn Little RockAR77223,
Address (*If detained, facility address*)

Pulaski LittleRock           AR.           72223
County, City                 State         Zip Code

## II.    PRISONER STATUS

*Check all boxes that apply to you:*

☐ Pretrial detainee (in custody pending new charges)

☐ Convicted and serving a sentence.  Provide Date of Conviction _____.

☐ Convicted and detained pending a parole violation.

☐ Convicted but in custody on new charges.

☑ Other.  Explain.

   _____

   _____

## III.   DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided,
it could result in the delay or prevention of service.  If you need more space for additional
defendants, list the additional defendants on another piece of paper, providing the same
information.  Do not list witnesses.  The jail or detention center is a building and cannot be sued.*

Defendant 1:    Harris, T.I.
                Name (Last, First)

                Rapper song writer, my home boy maker of AKOO Brand.
                Current Job Title  wuda738@gmail.com password:390Hazelwoodterrace,
                AKOO wuda2121S1S4@gmail.com password 390Hazelwoodterrace
                Current Work Address

                N/A              ATL           N/A
                County, City     State         Zip Code

Defendant 2:    Musk, Elon.
                Name (Last, First)

Tesla
Current Job Title

Tesla
Current Work Address

Tesla N/A          N/A          N/A
County, City       State        Zip Code

Defendant 3:      Beauty and the Beast
                  Name (Last, First)

Dishey Pixar                      390 Hazelwood knave
Current Job Title                 {password}

Disney Pixar wrda 2121Sisy@gmail.com - wrda738@gmail.com
Current Work Address

Hollywood FL.          FL          n/A
County, City           State       Zip Code

Defendant 4:      Olivette Products and Back II the future Nike Air Mag
                  Name (Last, First)

Hollywood
Current Job Title

Holly Wood blvd.
Current Work Address

Holly Wood blvd          AR          72104
County, City             State       Zip Code

Yes. The Back to the future movie asserting personal capacity
claims. For the Nike air Mag being made and no acknowledging
the southern principals in the make of the Nike air Mag shoe and
Joices. there's a suit to go with the shoe's belongs to the southern
group as show. In asserting to both capacity for maximum punitive relief
and maximum, Individual Relief of personal property meaning a life
time supply of Nike air mags.

## IV.   STATEMENT OF CLAIMS

*State **every** ground on which you claim that one or more of the Defendants violated your federal constitutional rights. **List each claim separately** (e.g., excessive force, denial of medical care, access to the Courts, conditions of confinement, etc.). If you have more than three separate claims, you may attach additional sheets of paper, providing the same information for each claim. **You may attach no more than one additional sheet for each claim.***

**Claim Number 1:**

Place(s) of occurrence: _Somewhere'n Atlanta._

Date(s) of occurrence: _____

Name of Each Defendant Involved:

_T.T. Clifford Harris well I say he didn't use my name in the year about to find out, well he didn't make the clothing brand AKOO with the exception of the West Helena Cane done's, Young at dane's wearing it's garments that came from different cities. the op slate in jersey_

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

_I feel like My 3rd amendment was held up for no reason in the making of this clothing line. No respect for the person I was who's a sponsor, now I need a sponsor for my Every Body want's foundation_

*State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS: _non profit organization's need to be respected as well I was and my children are so negatively and neglected by the T.T. Brand name clothing AKOO brand that they don't even want to look at the words on the teenagers jacket same man bowden we be chased out of our whole inventory like bad, a lifetime member With a Truck load of AKOO Brand clothing ended_

> What happened to you?

**Who did what?**

**How were you injured?**

just ~~tota~~ molded and rat's and rodent's had been all among boxes, and stuff my kids hat a th brand right now just letting yall know. listen it's not a game, they ain't theres dont if they dont get in listen it's going down not a matter at all and I'm tiring. But a truckload at my kids staff is now just not here and I ordered the touch pad givenchy shoe's with ct. # Crate's, each of Gucci's slarmee just too rall apand stuff. Please we will accept all donations to the Iam sue D.S" Mini donation Box. Drop of a ~~~~ 4711 westchester drive Little rock ~~~~ B. Billion Dollar's in inventory. for my non-profits.

With regard to claim 1, are you suing Defendant(s) in his/her/their:

- ☑ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the violation).
- ☑ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).
- ☑ Both Official and Individual capacity

*__If you are asserting an official capacity claim,__ please describe the custom, policy, or widespread practice that you believe caused the violation of your constitutional rights.*

Yes I masserting both capacity claim's because that's the type of disrespect Our southern natives got in return for supporting our own southern natives,

**Claim Number 2:**

Place(s) of occurrence: Testa and davidson Developing Group wtoffPennsylvania.

Date(s) of occurrence: _Feb 15-2024,_

Name of Each Defendant Involved:

_Elon Musk Tesla, CEO, and Davidson Development group, for presenting the touch car, with the 5 finger prints on the door panel_

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated*:

_excessive force on the development group for showing discrimination on my touch by "I am sui" There is a symbol, on the door panel that allows you to place your finger on you new car_

*State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS: _Excessive force on the development group for not asserting for showing discrimination my touch by "I am sui" There is a symbol on the door panel that allows you to place your finger on you new car._

| | |
|---|---|
| **What happened to you?** | _Punitive damages for the facts of Black lives matter I feel like the workers he hand choosen at Tesla are embarrassment's because_ |
| **Who did what?** | _It's like they'll downed me over the phone as if this was not a to be supported I dea that could get royalties on it. Well I'm suing_ |
| **How were you injured?** | _Elon Musk for a Maxim capacity relief meaning I'm searching for 3 Billion dollars for his sponsor ship. In our black lives matter — Campaigne, or 3 Brillion Dollars in store credit._ |

## VI. PRISONER'S LITIGATION HISTORY

Have you brought any other lawsuits in state or federal Court while a prisoner?   ☑ Yes   ☑ No

     If yes, how many?   _24_

Have you brought any other lawsuits in state or federal Court **dealing with the same facts as this case**?   ☐ Yes   ☑ No

     If yes, how many?   _Yes 24_

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), Court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)
- The "three strikes rule" bars a prisoner from bringing a civil action or an appeal without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility brought an action or appeal . . . that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). **To the best of your knowledge, indicate if any of your cases were dismissed because they were frivolous, malicious, or failed to state a claim upon which relief could be granted, had a strike assessed, or were dismissed because of the "three strikes rule."**

_Put money on All Banking Debt take my Invention seriously on the discrimination charges of T.I. clifford harris. Telexing the south " and I was available to listen when you present something. like_

The Atoonot being clear on which partic the solutionter's are realbued to be infringed Investors

## VII.   PLAINTIFF'S DECLARATION AND SIGNATURE

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office shall result in the dismissal of my case.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

3-18-24
Dated

_____
Plaintiff's Signature

Mylead Jew-Sil Theos
Printed Name (First, MI, Last)

1655235
Prison Identification #, if any.

OmeGA Center          Malvern          AR      72104
Prison Address          City          State      Zip Code

**AFFIDAVIT**

I, _Michael "Ikansui" Titus,_ , after first being duly sworn, do hereby swear, depose and state that: _Pressing Hate crime charges against Sean Diddy Combs for not answering my question me like he should have did when he did he called a nigger and everything. Suing Sean Diddy Combs to maximum relief of $1,000,000 for not respecting people at a bar from the southern Official and personal capacity also sue and punitive and compensatory damages of 1,000,000. You can every body else a callback. and I'm in the group._

I further swear that the statements, matters and things contained herein are true and accurate to the best of my knowledge, information and belief.

_4-4-24_
DATE

AFFIANT'S SIGNATURE

_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_
SOCIAL SECURITY #

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this day of

_4-4-24_

_Bradley Baker_
NOTARY PUBLIC

My Commission Expires: _1-29-2031_



BRADLEY BAKER
No. 12714010
CLARK COUNTY
Commission Expires 01-29-2031
NOTARY
ARKANSAS
PUBLIC

Michael "Iamsui" Titus 168523
Omega center BK6
104 Walco LN
Malvern AR 72104



United states District Court
Tammy H Clark  D.P. Marshall Jr.
600 west capitol Avenue
Little Rock, AR 72201-3325

official Business

Volun
mesri
BK6

**Originating from a
Correctional Facility**