IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL IAMSUI TITUS**                                                                 **PLAINTIFF**

VS.                                               4:24-CV-00317-BRW

**AKOO BRAND, ET AL.**                                                                **DEFENDANTS**

**ORDER**

Plaintiff Michael Iamsui Titus ("Plaintiff"), incarcerated in the Omega Unit of the Arkansas Division of Correction, filed this case *pro se*.[1] On April 10, 2024, I directed Plaintiff to pay the $405 filing fee or file a complete motion to proceed *in forma pauperis* ("IFP") within 30 days, or by Friday, April 10, 2024.[2] I advised Plaintiff that failure to do one or the other would result in the dismissal of his case.[3] Plaintiff has failed to pay the filing fee or to file a complete motion to proceed IFP, and he has not otherwise responded to my April 10, 2024 Order. Accordingly, Plaintiff's complaint is DISMISSED without prejudice.[4]

IT IS SO ORDERED this 13th day of May, 2024.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Complaint, Doc. No. 1.

[2] Order, Doc. No. 2.

[3] *Id*.

[4] Local Rule 5.5(c)(2).